■ In the Matter of HAROLD L.S., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; HAROLD S., Appellant. [932 NYS2d 408]—

Memorandum: Respondent father appeals from an order terminating his parental rights on the ground of abandonment and freeing his child for adoption. The father refused to attend the fact-finding hearing and his attorney, although present, elected not to participate in the father's absence. Under those circumstances, we conclude that the father's refusal to appear constituted a default, and we therefore dismiss the appeal (*see Matter of Shawn A. [Milisa C.B.]*, 85 AD3d 1598 [2011]). Present—Peradotto, J.P., Carni, Lindley, Sconiers and Green, JJ.